# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **MISCELLANEOUS** |
| | : | |
| **DALE ROBERT WILES** | : | **NO. 16-mc-0016** |

FILED
MAY 10 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER TO SHOW CAUSE

**AND NOW**, this 10th day of May, 2019, it appearing that on May 2, 2019, respondent was **suspended on consent** from the practice of law by the Supreme Court of Pennsylvania for a period of five (5) years, retroactive to January 26, 2016, it is hereby

**ORDERED** that respondent file with this court, within thirty (30) days from the date of service of this Order, an answer informing this court of any claim by the respondent, predicated upon the grounds set forth in Local Rule of Civil Procedure 83.6 II D, that the imposition of identical discipline by this court would be unwarranted, and the reasons therefore.

**FOR THE COURT:**

JUAN R. SÁNCHEZ
Chief Judge

copies mailed to:
D. Wiles
5-15-19