IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF: : MISCELLANEOUS

DALE ROBERT WILES : NO. 16-mc-0016



FILED
JUN 25 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

### ORDER

**AND NOW**, this 25TH day of June, 2019, respondent having been ordered on May 10, 2019, to show cause, within thirty (30) days, why he should not be **suspended on consent** from the practice of law in this court for a period of five (5) years, retroactive to January 26, 2016, and respondent not having answered or requested a hearing, it is hereby

**ORDERED** that respondent is **suspended on consent** from the practice of law in this court for a period of five (5) years, retroactive to January 26, 2016, and until further Order of this court.

BY THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

copies mailed to:
D. Wiles.
6-25-19